# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 20, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143217

ATIBA MERIWEATHER,

      Plaintiff,

v

      SC: 143217
      AGC: 0850-11

ATTORNEY GRIEVANCE COMMISSION,

      Defendant.

_____

On order of the Chief Justice, it appearing the order of August 24, 2011 was entered erroneously, that order is vacated. The clerk is directed to reopen the file and proceed with docketing.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 20, 2011

_____
Clerk